# In the United States Court of Federal Claims

(Pro Se)

| | |
|---|---|
| TWALLI ZOLMAN,  )<br>  )<br>Plaintiff,  )<br>  )   No. 19-1451T<br>v.  )   (Filed: February 13, 2020)<br>  )<br>THE UNITED STATES OF AMERICA,  )<br>  )<br>Defendant.  )<br>  ) | |

## ORDER

Plaintiff, Twalli Zolman, filed this action to challenge certain liens filed against her by the Internal Revenue Service. On November 18, 2019, the government filed a motion to dismiss Ms. Zolman's complaint based on lack of subject matter jurisdiction, pursuant to RCFC 12(b)(1). Ms. Zolman's response to the motion was due on December 16, 2019, but she did not file one. On January 3, 2020, the Court issued an order to show cause directing Ms. Zolman to respond to the government's motion by February 3, 2020 and warning that if she failed to do so, her case would be dismissed. Ms. Zolman did not respond to the show cause order. Accordingly, this case is **DISMISSED** for failure to prosecute in accordance with RCFC 41(b).

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge